IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00295-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRAVIS BAGOLA,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Supervised release violation hearing will be held **April 1, 2010, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: February 25, 2010

                                            s/ Jane Trexler, Judicial Assistant